IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GREG PROSMUSHKIN, P.C.;<br>GREG PROSMUSHKIN; and,<br>IRINA PROSMUSHKIN<br>　　　*Plaintiffs*,<br>　　v.<br><br>THE HANOVER INSURANCE GROUP<br>　　　*Defendant*. | :<br><br>:<br>:<br><br>: | <br><br>CIVIL ACTION<br>NO.   20-2561 |

## **ORDER**

AND NOW, this 14th day of August 2020, upon consideration of: Plaintiffs' Motion to Remand (ECF No. 5); Defendant's Response thereto (ECF Nos. 6, 7); and Plaintiffs' Reply (ECF No. 8), it is hereby ORDERED as follows:

(1) Plaintiffs' Motion (ECF No. 5) is GRANTED and the above-captioned matter is REMANDED to the Philadelphia Court of Common Pleas;

(2) Defendant's Counterclaim (ECF No. 4) is DISMISSED without prejudice to raise same in State Court; and,

(3) The Clerk of Court shall mark this matter CLOSED.

　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　/s/  C. Darnell Jones, II    J.